The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIBERLAY, INC., a Washington corporation, R.L. BROCK & ASSOCIATES, INC., a Washington corporation, and ROBERT L. BROCK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GRACO, INC., a Minnesota Corporation, GRACO WASHINGTON INC., a Washington Corporation,<br><br>Defendants. | NO. 11-01441 RSL<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY AND CURRENT CASE SCHEDULE |

THIS MATTER comes before the Honorable Robert S. Lasnik on the parties' Stipulated Motion to Extend Discovery and Current Case Schedule, and the Court having considered the parties' stipulation, together with all relevant records and pleadings herein, now, therefore

IT IS HEREBY ORDERED that the parties' Stipulated Motion to Extend Discovery and Current Case Schedule, allowing an two-week extension of the discovery and dispositive motion deadlines as set forth in the November 8, 2011 Order Setting Trial Date & Related Dates, IS GRANTED.

ORDER GRANTING STIPULATED MOTION TO EXTEND
DISCOVERY AND CURRENT CASE SCHEDULE - 1
(11-01441 RSL)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

3500794.2

The new deadlines are:

| Action | Court Ordered Date | Stipulated Date |
|---|---|---|
| Discovery completed by | September 9, 2012 | September 23, 2012 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR 7(d)(3)). | October 9, 2012 | October 23, 2012 |

The Clerk of the Court is directed to forward copies of this Order to counsel of record.

DONE IN OPEN COURT this 6th day of September, 2012.

*[signature]*

Robert S. Lasnik
United States District Judge

PRESENTED BY:

s/Samantha W. Noonan, WSBA #41885
s/Jerry B. Edmonds, WSBA #05601
*Attorneys for Plaintiffs*

s/Joseph B. Genster, WSBA #14968
Sarah E. Crippen (admitted *pro hac vice*)
Justin P. Short (admitted *pro hac vice*)
*Attorneys for Defendants*

ORDER GRANTING STIPULATED MOTION TO EXTEND
DISCOVERY AND CURRENT CASE SCHEDULE - 2
(11-01441 RSL)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

3500794.2